**Order entered February 9, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00429-CR

## KAILLE WRIGHT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-30193-U

## ORDER

Appellant's motion filed February 3, 2023, styled Complaint About Completeness of the Record and Motion to Stay the Briefing Schedule is a motion for extension of time to file appellant's brief. We **GRANT** the motion, and we order appellant's brief filed on or before **FEBRUARY 21, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE